## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 6:14-CR-00009-JDK |
| v. | § |
| | § |
| | § |
| JOSHUA QUICK | § |
| | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusion of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Joshua Quick be sentenced to a term of imprisonment of 6 months, followed by a 9-year term of supervision to include all previous standard and special conditions of supervised release and the following additional and modified special conditions:

1

(1) You must reside in a residential reentry center or similar facility, in a prerelease component for a period of up to 180 days to commence immediately upon release from confinement and must observe the rules of that facility. Should you obtain a residence approved by the probation officer at any time during the 180-day placement, you must be released. While at the center your subsistence fees owed to the residential reentry center will be waived in full, and you will be required to save at least 25% of your gross income while at the facility and provide verification of such to the probation officer.

(2) You shall not purchase, possess, have contact with, or ingest any alcohol or related intoxicant. You shall not enter any establishment, area, or location where the primary function is the sale and/or dispensing of alcoholic beverages for on- or off-premises consumption.

(3) You shall participate in a program of testing and treatment for alcohol abuse, under the guidance and direction of the U.S. Probation Office, until such time as you are released from the program by the probation officer. You shall pay any cost associated with treatment and testing.

(4) You must participate in a sex offender treatment program. You must abide by all rules and regulations of the treatment program, until discharged. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any costs associated with treatment and testing. Should you fail to pay as directed, you must perform 3 hours of community service for each unpaid session.

(5) You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program and pay any costs associated with testing as required by the U.S. Probation Office.

(6) You must submit to periodic psycho-physiological assessments and/or testing for the purpose of sex offender evaluation through the sex offender treatment provider at the discretion of the probation officer. You must pay any costs associated with the assessment and/or testing.

(7) You also shall not have access to or loiter near school grounds, parks, arcades, playgrounds, amusement parks or other places where children may frequently congregate, without prior permission from the probation officer. You shall neither seek nor maintain

employment or volunteer work at any location and/or activity where persons under the age of 18 congregate.

(8) You must not use or own any device (whether or not at your place of employment, residence, or elsewhere) that can be connected to the Internet or used to store digital materials other than that authorized by the probation officer. This includes, but is not limited to, desktop computers, laptops, PDA's, electronic games, and cellular telephones. You must not use any device other than the one you are authorized to use. You must allow the U.S. Probation Office to install software designed to monitor activities. This may include, but is not limited to, software that may record any and all activity on the computers you may use, including the capture of keystrokes, application information, Internet use history, e-mail correspondence, and chat conversations. You will pay any costs related to the monitoring of your computer usage. You must advise anyone in your household that may use any computer in question that monitoring software has been installed.

The Court further **RECOMMENDS** that Defendant serve his sentence at FCI Seagoville, Texas, or FCI Oakdale, Louisiana, if available.

**Signed this**

**Feb 13, 2024**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE